COMMONWEALTH OF MASSACHUSETTS

U.S. DISTRICT COURT                    DISTRICT OF MASSACHUSETTS
                                        DOCKET NUMBER:
                 04 12693 WGY

MEHDI K. ARYA,                )
        Plaintiff             )
                              )
VS.                           )
                              )
US ARMY CORPS OF ENGINEERS,   )
AND R.L. BROWNLEE, Acting     )
Secretary of the Army.        )
        Defendants            )
                              )
_____)

## NOTICE OF APPEARANCE

Now comes Attorney David B. Stein, who hereby files his appearance on behalf of the Plaintiff, Mehdi K. Arya.

Respectfully submitted this 22nd day of December, 2004.

                                        MEHDI K. ARYA
                                        By His Attorneys,
                                        RUBIN, WEISMAN, COLASANTI,
                                        KAJKO & STEIN, LLP

                                        _____
                                        David B. Stein, BBO# 556456
                                        430 Bedford Street
                                        Lexington, MA 02420
                                        Tel.: (781) 860-9500
                                        Fax: (781) 863-0046