UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12693-WGY</u>

ARYA
Plaintiff

v.

U.S ARMY CORP OF ENGINEERS
Defendant

<u>ORDER OF DISMISSAL</u>

YOUNG, D.J.

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as of JULY 19, 2005 , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Elizabeth Smith
_____
Deputy Clerk

July 19, 2005

To: All Counsel